# UNITED STATES DISTRICT COURT
for the

District of Maryland

MAY 17 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                           DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
1385 Camino De Jacobo ) Case No. **19-0747 TJS**
Storage Unit 860 )
Santa Fe, New Mexico 87507 )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____New Mexico_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

1385 Camino De Jacobo
Storage Unit 860
Santa Fe, New Mexico 87507

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

YOU ARE COMMANDED to execute this warrant and seize the property on or before **March 18, 2019**
                                                                                     *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable
                                                  cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ Hon. Timothy J. Sullivan **or duty USMJ** .
                                                                 *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **March 4, 2019**                          _____/s/_____
                                                                      *Judge's signature*
                              **1:56 pm**
City and state: **Greenbelt, MD**                    Hon. Timothy J. Sullivan, U.S. Magistrate Judge
                                                           *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-0747 TJS | Date and time warrant executed: 3/7/2019 2:00 pm | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: N/A

Inventory of the property taken: See attached sheets.

NFI

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/12/2019

_Executing officer's signature_

Keith A. Custer, Special Agent
_Printed name and title_

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 19-FBI-002412

On (date): 8/27/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Dawn Bennett / Extra Space Storage #860

(Street Address) 1385 Camino de Jacobo

(City) Santa Fe, NM 87507

Description of Item(s): ELECTRONICS

1. 3 electronic devices w/ cables
2. Office chair
3. Swingline Shredder
4. 3 airconditioners w/ misc. hoses
5. 2 Solar panels
6. printer w/ flashlights and misc.
7.

NFI

Received By: (Signature)
Printed Name/Title: Emily Firth / Special Agent

Received From: (Signature)
Printed Name/Title:

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 19-FBI-002413

On (date) 3/27/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Dawn Bennett / Extra Space Storage #860

(Street Address) 1385 Camino de Jacobo

(City) Santa Fe, NM 87507

Description of Item(s): HOUSEHOLD ITEMS

1. 5 Black totes w/ household items
2. Suitcase w/ household items
3. 11 boxes of household items
4. Wooden trough w/ stand
5. 12 boxes of household items
6. tool box, vacuum, lampshade
7. Petrified wood coffee table w/ wooden box
8. Water dispenser
9. Salt rock lamp
10. Ice maker
11. 9 boxes with household items
12. Message table
13. trashcan full of misc. household cleaning items

NFI

Received By: (Signature)

Printed Name/Title: Emily Tutitle / Special Agent

Received From: (Signature)

Printed Name/Title:

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 19-FBI-002414

On (date) 3/27/2019

item(s) listed below were:
- ☑ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Dawn Bennett / Extra Space Storage #860
(Street Address) 1385 Camino de Jacobo
(City) Santa Fe, NM 87507

Description of Item(s): CLOTHING

1. 7 boxes of misc. women's clothing
2. 3 boxes of shoes and underwear and misc. sunglasses
3. 3 boxes of misc. clothing
4. 2 clothing racks

NFI

Received By: (Signature)
Printed Name/Title: Emily Fertitta / Special Agent

Received From: (Signature)
Printed Name/Title:

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 19-FBI-002415

On (date) 3/27/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Dawn Bennett / Extra Space Storage #860

(Street Address) 1385 Camino de Jacobo

(City) Santa Fe, NM 87507

Description of Item(s): EXERCISE EQUIPMENT
1. Bowflex Max Trainer
2. Versa Climber

NFI

Received By: (Signature)

Printed Name/Title: Emily Frith / Special Agent

Received From: (Signature)

Printed Name/Title:

## ATTACHMENT A

## DESCRIPTION OF SUBJECT PROPERTY

The **SUBJECT PROPERTY** is described as Extra Space Storage, 1385 Camino de Jacobo, Storage Unit 860, Santa Fe, NM 87507. This units is secured by padlock.



11

## ATTACHMENT B

### DESCRIPTION OF THE ITEMS TO BE SEIZED

The property to be seized includes any and all property of value belonging to **DAWN BENNETT** or her corporate entities that is either traceable to proceeds of the fraud scheme for which **BENNETT** was convicted, or can be used as a substitute asset to go toward satisfying the preliminary order of forfeiture that was entered against **BENNETT** as described in the affidavit above and as is permitted under 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2) and 28 U.S.C. § 2461(c). This property shall include, but not be limited to:

- All United States currency, coins, and monetary instruments,
- Furniture, including tables, chests, chairs, cabinets, beds, sofas, pianos, etc.
- Clothing, including shoes, purses, and accessories,
- Artwork, collectibles and decorations,
- Household items of value, including china and silverware,
- Electronics, and,
- Jewelry.